UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON REMON,

    Plaintiff,

v.

SCOTT KERNAN, et al.,

    Defendants.

No. 2:18-cv-01869 JAM CKD P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 06, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 06, 2020, are adopted in full;

2. Plaintiff's first amended complaint (ECF No. 13) is dismissed without leave to amend for failure to state a claim.

3. The Clerk of Court is directed to close this case.

DATED: May 11, 2020

                                    /s/ John A. Mendez_____

                                    UNITED STATES DISTRICT COURT JUDGE